IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2020 JAN -8 P 2: 32
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| TAMBERLY THOMAS WHITE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:20-cv-14-SRW ) |
| MONTGOMERY COUNTY COMMISSION, | ) ) ) |
| Defendant. | ) ) |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Montgomery County Commission hereby gives notice of removal of this action from the Circuit Court of Montgomery County, Alabama to the United States District Court for the Middle District of Alabama, Northern Division. As grounds, Defendant states as follows:

### Commencement of the Case

This action was commenced on December 3, 2019, with the filing of the Summons and Complaint in Civil Action No. CV-2019-000582 in the Circuit of Montgomery County, Alabama. A copy of the Complaint is attached (along with all other state court pleadings, motions, order and other papers) as Exhibit A.

Defendant Montgomery County Commission was served with a copy of the Summons and Complaint on December 19, 2019. (Exhibit A, Doc. # 7)

### Jurisdictional Statement

This Court has jurisdiction of this action pursuant to 28 U.S.C. § 1331. Plaintiff, a former employee of the Defendant, asserts that she is black female who was treated differently than white employees by her employer. (Exhibit A, Complaint) Plaintiff also claims that she

1

suffered retaliation after requesting time off from work. (Id.) Plaintiff also claims that she filed a complaint about unfair treatment and that an employee violated the whistleblower laws by telling her supervisor about the investigation. (Id) Plaintiff further claims that her requests to leave early or take a late lunch for orthodontic appoints were denied. (Id.) She claims that due to unfair treatment, she resigned from her employment. (Id.) Plaintiff's claims allege racial discrimination, retaliation and constructive discharge in violation of Title VII of the Civil Rights Act of 1991, as amended.

### Timeliness of Removal

This action has been timely removed, having been removed within 30 days of the service of the Complaint filed by Plaintiff. 28 U.S.C. § 1446(b).

### Removal to Middle District of Alabama, Northern Division

Pursuant to 28 U.S.C. § 1441(a), this action is being removed to this Court, which embraces the place where the action is pending in state court.

### Attachment of State Court Pleadings and Records

Pursuant to 28 U.S.C. § 1446(a), clear and legible copies of all process, pleadings, motions, orders, proceedings, and other papers filed in the Circuit Court of Montgomery County, Alabama, and served on Defendants in this action are attached at Exhibit A.

### Notice to State Court

Contemporaneously with the filing of this notice of removal in this Court, and in accordance with 28 U.S.C. § 1446(d), written notice of removal is being filed with the Clerk of the Circuit Court of Montgomery County, Alabama, and is being served on Plaintiff. A copy of same is attached hereto as Exhibit B.

## No Admission by Defendant

No admission of fact, law, or liability is intended by this Notice of Removal, and all defenses, motions, and pleas are expressly reserved.

## Conclusion

For the foregoing reasons, Defendant is entitled to have this cause removed from the Circuit Court of Montgomery County, Alabama to the United States District Court for the Middle District of Alabama, Northern Division.

Respectfully submitted, this the ___ day of January, 2020.

_/s/ C. Walker_
Thomas T. Gallion, III (ASB-5295-L74T)
Constance C. Walker (ASB-5510-L66C)
Attorneys for the Defendant
Montgomery County Commission

**OF COUNSEL:**

**HASKELL SLAUGHTER GALLION & WALKER, LLC**
242 Winton Blount Loop
Montgomery, Alabama 36117
Ph: 334-265-8573
F:  334-264-7945
ttg@hsg-law.com
ccw@hsg-law.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this the ___8___ day of January, 2020, a copy of the foregoing was served upon the Plaintiff by placing a copy of the same in the United States mail, postage prepaid, and properly addressed as follows:

Tamberly Thomas White
528 Ferndale Court
Montgomery, Alabama 36110

                                                                                      _____
                                                                                      Of Counsel