In the Circuit Court of Montgomery County, Alabama

JRG

<u>Tamberly Thomas White</u>
    Plaintiff(s)

Address: <u>528 Ferndale Court</u>
    <u>Montgomery, AL 36110</u>

V.

<u>Montgomery County Commission</u>
    Defendant(s)

Address: <u>27 Madison Ave</u>
    <u>Montgomery, AL 36104</u>

Case Number: CV 19-582

JURY TRIAL DEMANDED

FILED '19 DEC 2 AM 8:42
MONTGOMERY CIRCUIT CT

## Complaint

I am a black-female who began working for the above-named employer on July 9, 2018 as a Revenue Examiner. The training consisted of my immediate supervisor sharing her 24-years experience. Throughout my employment, I was required to perform tasks that white employees did not have to do, including submitting productivity reports. On March 29, 2019, I requested time off for my wedding that is near the end of a month. These normally would not be granted because of the nature of our work, but it was approved. Afterwards, I began to be retaliated against by having my work closely scrutinized by Terri Henderson, Revenue Manager.

On April 9, 2019, I filed a complaint about the way I was being treated. Courtney Oates, Compliance Officer, violated the whistleblower laws by telling Ms. Henderson about the investigation. During my employment I asked to leave early or take a late lunch for orthodontic appointments and my request was denied, which required me to use leave, but Ms. Henderson left early every day. Because of the unfair treatment, I resigned on April 23, 2019.

                                      *Tamberly Thomas White*
                                                  Plaintiff(s) Signature

                                                  Tamberly Thomas White
                                                  528 Ferndale Court
                                                  Montgomery, AL 36110
                                                  Phone: (334)531-9264


DEFENDANT'S EXHIBIT A