IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TAMBERLY THOMAS WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:20-CV-14-WKW |
| ) | [WO] |
| MONTGOMERY COUNTY ) | |
| COMMISSION, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On May 11, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 16.) Upon an independent review of the record, it is ORDERED as follows:

(1) The Recommendation is ADOPTED;

(2) Defendant's motion to dismiss (Doc. # 8) is construed as containing an alternative motion for a more definite statement;

(3) Defendant's construed motion to dismiss or, in the alternative, for a more definite statement (Doc. # 8) is GRANTED to the extent it seeks a more definite statement and DENIED to the extent it seeks dismissal of the Complaint; and

(4) This case is REFERRED back to the Magistrate Judge for additional proceedings.

DONE this 15th day of June, 2020.

/s/ W. Keith Watkins<br>UNITED STATES DISTRICT JUDGE