IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TAMBERLY THOMAS WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:20-CV-14-WKW |
| ) | [WO] |
| MONTGOMERY COUNTY ) | |
| COMMISSION, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On November 9, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 27.) Upon an independent review of the record, it is ORDERED that the Recommendation (Doc. # 27) is ADOPTED and that Defendant Montgomery County Commission's Motion to Dismiss for Failure to State a Claim (Doc. # 20) is DENIED.

It is further ORDERED that Plaintiff Tamberly Thomas White shall have fourteen days—to and including **December 18, 2020**—to file a Second Amended Complaint that addresses the pleading deficiencies discussed in the Recommendation (Doc. # 27).

DONE this 4th day of December, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE