IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TAMBERLY THOMAS WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:20-CV-14-WKW |
| ) | [WO] |
| MONTGOMERY COUNTY ) | |
| COMMISSION, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On February 16, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 35.)  Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED, that Defendant's Motion to Dismiss (Doc. # 30) is GRANTED, and that Plaintiff's Second Amended Complaint is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 15th day of March, 2021.

                                      /s/ W. Keith Watkins
                                    United States District Judge